RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 13 2017

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**Abudu John Igein** )
Class Plaintiff )
)
V )
)
**EQUIFAX** )
Defendant )

**CIVIL NO:** 1:17-CV-4056

**COMPLAINT AND JURY DEMAND**

## CLASS ACTION LAWSUIT

## COMPLAINT

**NOW COMES** Abudu John Igein, a resident of the great State of Georgia and United States Citizen, herein known as the ("Plaintiff").

Equifax ('Defendant") is a Domestic Corporation, registered in the State of Georgia. Equifax control number as a Consumer Credit Services with Georgia Secretary of State is 07000723, with date of formation as 1/1/2007.

### VENUE

Venue is proper because Equifax is a Domestic Corporation, registered in the State of Georgia. Equifax control number as a Consumer Credit Services Corporation with Georgia Secretary of State is 07000723, with date of formation as 1/1/2007.

### CLAIMS

1. Equifax has breached our implied contract to protect our personal information;

2. Equifax has recklessly, carelessly, intentionally, maliciously and willfully defied its duty to protect us from harm and allowed our personal and credit information to be stolen by some unknown actors;
3. Equifax has subjected 143 million Americans personal and credit information to be stolen by subjects that could be involved in terrorism;

4. Because Abudu is a unique MOSLEM name, the Plaintiff believes his name can be used by terrorist(s); for the record, the Plaintiff is a Christian. This is causing the Plaintiff so much pain and sleepless nights;

5. The Plaintiff is looking to change his name to JOHN IGENIUS and has no money to do so; the Plaintiff herein demand payment of Change of Name immediately within 14 days after the Defendant is served with this Complaint.

6. Equifax has engaged in damaging Abudu John Igein credit record for years even after the Plaintiff filed fraud alert to dispute some information on its credit reporting data;

7. Equifax cannot be trusted. Equifax failed to alert and inform the Plaintiff of this security breach. The Plaintiff found out about the breach in the news;
8. Equifax may have allegedly engaged in a ruse. Equifax has a reason to gain substantial amount of money by reporting that Consumer Information and Credit information had been stolen. Right after the reporting in the news, consumers are charged a fee for trying to protect their credit information, called "Security Freeze.
9. Equifax damaged other Class Members and are named in the attachment with this Complaint.

**DAMAGES**

As a result of the proximate actions of Equifax to protect our personal information, Equifax caused us harm. This included the following: personal information, credit, personal mortgage, loans, and many others. We are now asking Equifax for damages.

1. We are demanding $143 million dollars in Compensatory Damage; plus additional
2. Punitive Damage for the emotional pain caused to the Class Leader; and
3. Injunctive Damages to be determined by this HONORABLE COURT.

Respectfully Submitted,

Abudu John Igein,
2143 Macland Road
Marietta GA 30064
404-947-9278

Dated: 10/12/2017

## CERTIFICATE OF SERVICE

I, **ABUDU JOHN IGEIN**, herein claim that I sent a copy of COMPLAINT to EQUIFAX through its address, registered with Georgia Secretary of State by First Class Mail, with return address:

**SHAWN BALDWIN**
Equifax Consumer Services LLC
1550 Peachtree Street N.W.
Atlanta GA 30309 USA

Respectfully Submitted,

Abudu John Igein,
2143 Macland Road
Marietta GA 30064
404-947-9278

Dated: 10/12/2017

**EQUIFAX CLASS ACTION MEMBERS**

| | | | |
|---|---|---|---|
| Abudu John Igein | Organizer | 5051 Brown Leaf Court Powder Springs GA 30127 | 404-947-9278 |
| Anthony Domagas | Class Member | 4232 Wyman Way Roseville CA 95747 | 408-905-8896 |
| Chris Eugene Martin | Class Member | 3006 West Olive Street Rogers AR 72756 | 479-381-8769 |
| Briggitt Tamara Parker | Class Member | 5051 Brown Leaf Court Powder Springs GA 30127 | 770-367-9689 |
| Shelly Millhouse | Class Member | 645 Church Street Eden NC 27288 | 434-770-9049 |
| Alexandra Hewardt | Class Member | | 425-737-2907 |
| Margie Mathis | Class Member | 207 E. Beaumont Thrall TX 76578 | 601-323-5911 |